# STATEMENT OF SOCIAL-SECURITY NUMBER OR
# INDIVIDUAL TAXPAYER-IDENTIFICATION NUMBER (ITIN)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re **David L Carr**, Debtor

Address: **521 E. Chapin St.**
**Morris, IL  60450**

Case No. _____
Chapter **13**

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any): _____

Employer Tax-Identification (EIN) No(s).(if any): _____

## STATEMENT OF SOCIAL-SECURITY NUMBER(S)
### (or other Individual Taxpayer-Identification Number(s) (ITIN(s)))

1. Name of Debtor (Last, First, Middle): **Carr, David, L**

*(Check the appropriate box and, if applicable, provide the required information.)*

- [x] Debtor has a Social-Security Number and it is: **325** - **72** - **8822**
  *(If more than one, state all.)*
- [ ] Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: _____.
  *(if more than one, state all.)*
- [ ] Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): _____

*(Check the appropriate box and, if applicable, provide the required information.)*

- [ ] Joint Debtor has a Social-Security Number and it is: ____ - ____ - ____
  *(If more than one, state all.)*
- [ ] Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: _____.
  *(if more than one, state all.)*
- [ ] Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X **s/ David L Carr**    9/3/2008

**David L Carr**
Signature of Debtor    Date

*\*Joint debtors must provide information for both spouses.*
*Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.*